# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** March 25, 2020

**CASE OF:** ADVISORY OPINION TO THE ATTORNEY GENERAL RE: ALL VOTERS VOTE IN PRIMARY ELECTIONS FOR STATE LEGISLATURE, GOVERNOR, AND CABINET

**DOCKET NO.:** SC19-1267          **OPINION FILED:** March 19, 2020

**ATTENTION:  ALL PUBLISHERS**

**THE FOLLOWING CORRECTION HAS BEEN MADE IN THE ABOVE OPINION:**

On page 9, lines 8-9, "NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING MOTION AND, IF FILED, DETERMINED." has been changed to "ANY MOTION FOR REHEARING OR CLARIFICATION MUST BE FILED BY 9:00 A.M. ON FRIDAY, MARCH 27, 2020.  A RESPONSE TO THE MOTION FOR REHEARING/CLARIFICATION MAY BE FILED BY 9:00 A.M. ON SATURDAY, MARCH 28, 2020.  NOT FINAL UNTIL THIS TIME PERIOD EXPIRES TO FILE A REHEARING/CLARIFICATION MOTION AND, IF FILED, DETERMINED."

**SIGNED:  OPINION CLERK**